## Case No. 7,255.

JEHNER et al. v. PHILADELPHIA & R. R. CO.

[1 Wkly. Notes Cas. 15.]

District Court, E. D. Pennsylvania. Oct. 2, 1874.

Mr. Boudinot, for libellants.
A. D. Campbell, for respondents.

THE COURT decreed for the libellants, and ordered the amount to be ascertained by computing the difference between the agreed wages for the remainder of the term and the current rate at the time of discharge. and adding thereto the amount of wages and board of men for seven days; that period being apparently sufficient. in the state of the trade, to find other employment.